UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-23935-DPG

RUTHIE AGRAVANTE and NAPOLEON
AGRAVANTE,
her husband, individually,

       Plaintiffs,

vs.

JOSEPH PATRICK HAWKER and MJ
TRANSPORTATION, INC., a Kansas Corporation,

       Defendants.

_____/

## DEFENDANTS' NOTICE OF ACCEPTANCE OF PROPOSALS FOR SETTLEMENT

Defendants Joseph Patrick Hawker and MJ Transportation, Inc. hereby give notice of their acceptance of Proposals for Settlement from Plaintiffs Ruthie Agravante and Napoleon Agravante as follows:

1.     Defendant Joseph Patrick Hawker accepts the $1,000.00 Proposal for Settlement from Plaintiff Napoleon Agravante made on March 13, 2017.

2.     Defendant Joseph Patrick Hawker accepts the $4,000.00 Proposal for Settlement from Plaintiff Ruthie Agravante made on March 13, 2017.

3.     Defendant MJ Transportation, Inc. accepts the $10,000.00 Proposal for Settlement from Plaintiff Napoleon Agravante made on March 13, 2017.

**<ins>CERTIFICATE OF SERVICE</ins>**

WE HEREBY CERTIFY that a true copy of the foregoing was furnished via e-mail this date, March 23, 2017 to: Aaron P. Davis, Esq., Davis Goldman, PLLC, Brickell Bayview Centre 1001 Brickell Bay Drive Suite 900, Miami, FL  33131; Brent F. Sibley, Esq., The  Sibley Law Firm, 20807 Biscayne Blvd., Suite 100, Aventura, FL 33180.

COONEY TRYBUS KWAVNICK PEETS
Attorneys for Defendants
1600 West Commercial Boulevard, Suite 200
Fort Lauderdale, FL 33309
Telephone:  (954) 568-6669
Fax:  (954) 568-0085
Primary E-Mail:  reception@ctkplaw.com
Secondary E-Mail:  yhall@ctkplaw.com

*/S/ Bruce Trybu`s*

By: _____
        BRUCE TRYBUS
        Florida Bar No. 972983